HERMAN & COMPANY, A CORPORATION OF THE STATE OF NEW JERSEY, RELATOR, v. JOHN G. SCOTT, IN-SPECTOR OF BUILDINGS OF THE CITY OF EAST ORANGE, AND THE CITY OF EAST ORANGE, RE-SPONDENTS.

Argued January 19, 1927—Decided May 13, 1927.

### Zoning—Stores and Apartments in Residence Territory—Case Within the Rule in the Nutley Case.

On application for *mandamus*. On demurrer to return to an alternative writ.

Before GUMMERE, CHIEF JUSTICE, and Mr. Justice TREN-CHARD.

For the relator, *Philip J. Schotland.*

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The relator applied to the building inspector of the city of East Orange for a permit to erect a two-story brick build-ing containing five stores on the ground floor and apartments for four families on the second floor.

The permit was refused because, under the zoning ordi-nance of the city, the property was located in the small volume residence district, in which district no building con-taining stores and apartments is permitted.

We think the case is controlled by the case of *State* v. *Nutley,* 99 *N. J. L.* 389. That case in the Court of Errors and Appeals is binding on this court in the absence of modi-fication by that court, and as yet there has been none.

The relator is entitled to judgment, with costs, and a per-emptory writ will issue.